# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN KEITH HEBERT** | **CASE NO. 6:21-CV-03160** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **USA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 5) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this lawsuit be and is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 15th day of October, 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**